1

2

3

4

5

6

7

8                        UNITED STATES DISTRICT COURT

9                       CENTRAL DISTRICT OF CALIFORNIA

10

11    VICTOR MARTINEZ,                    )    Case No. CV 06-3840 JVS(JC)
                                          )
12                      Petitioner,       )    ORDER ADOPTING FINDINGS,
                                          )    CONCLUSIONS, AND
13              v.                        )    RECOMMENDATIONS OF
                                          )    UNITED STATES MAGISTRATE
14    KATHY MENDOZA-POWERS,               )    JUDGE
      Warden,                             )
15                                        )
                        Respondent.       )
16
17    _____

18        Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition for Writ of

19   Habeas Corpus by a Person in State Custody (the "Petition"), all of the records

20   herein, and the attached Report and Recommendation of United States Magistrate

21   Judge.  The Court approves and adopts the United States Magistrate Judge's

22   Report and Recommendation.

23        IT IS HEREBY ORDERED that Judgment be entered denying the Petition

24   and dismissing this action with prejudice.

25   ///

26   ///

27   ///

28   ///

1 | IT IS FURTHER ORDERED that the Clerk serve copies of this Order, the
2 | United States Magistrate Judge's Report and Recommendation, and the Judgment
3 | herein on petitioner and on counsel for respondent.
4 | LET JUDGMENT BE ENTERED ACCORDINGLY.

6 | DATED: April 19, 2010

_____

HONORABLE JAMES V. SELNA
UNITED STATES DISTRICT JUDGE