UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| VICTOR MARTINEZ, ) | Case No. CV 06-3840 JVS(JC) |
| Petitioner, ) | JUDGMENT |
| v. ) | |
| KATHY MENDOZA-POWERS, ) Warden, | |
| Respondent. ) | |

Pursuant to this Court's Order Adopting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that the Petition for Writ of Habeas Corpus is denied and this action is dismissed with prejudice.

DATED: April 19, 2010

_____
HONORABLE JAMES V. SELNA
UNITED STATES DISTRICT JUDGE